IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Western/Louisana
CASE NO. 4:15cr00046-01

MAURICE ANTUAN SPEIGHT,

DOCKET NO. 4:15mj55-CAS

Defendant.
_____/

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that Defendant is RELEASED subject to the following conditions and timing of release:

1. Defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

2. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The next scheduled appearance for the defendant is to appear for an initial appearance and arraignment on May 26, 2015, at 10:00 A.M., before Magistrate Judge Kathleen Kay, Courtroom 3, 611 Broad Street, Lake Charles, Louisiana.

FILED IN OPEN COURT THIS
5-12-15
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

3 ~~4~~. Defendant shall:

(a) maintain or actively seek employment.

(b) reside in his current residence and not travel beyond the Northern District of Florida, except to attend court appearances and meet with counsel in the Western District of Louisiana, unless prior authorization is received from assigned probation officer.

(c) report to the assigned U.S. Probation Officer, United States Courthouse, 111 North Adams Street, Suite 100, Tallahassee, Florida, whose telephone number is (850) 521-3559, as directed by the assigned officer.

(d) avoid all contact with any individuals who are considered either alleged victims or potential witnesses.

(e) not possess a firearm, destructive device, or other dangerous weapon.

(f) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

(g) be subject to random testing for detection of use of controlled substances or alcohol at the direction of assigned probation officer.

(h) surrender your passport to the Clerk, U.S. District Court and not obtain a passport.

(i) notify your supervising probation officer as soon as possible if you are contacted, interviewed, or questioned by any law enforcement officer for any reason other than connected with this case, whether pursuant to a stop, arrest, or any other inquiry.

SHOULD YOU VIOLATE ANY CONDITION IN THIS ORDER, ANY OF THE FOLLOWING PENALTIES MAY BE IMPOSED:

    The bond may be forfeited.

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence, and must be served consecutively.

    Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both.

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
MAURICE ANTUAN SPEIGHT
Defendant

## DIRECTIONS TO UNITED STATES MARSHAL

(✓)   The defendant is ORDERED released after processing.

( )   The United States Marshal is ORDERED to keep the defendant in custody until notified by a clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified above, if still in custody.

DATE:   May 12, 2015

_____
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

4